**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7114**

———————

In Re: REGINALD LEVETTE GORDON,

                                            Petitioner.

———————

On Petition for Writ of Mandamus.
(CR-99-24, CA-01-337)

———————

Submitted:  November 12, 2003          Decided:  December 5, 2003

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Reginald Levette Gordon, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reginald Levette Gordon petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion brought pursuant to 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. Our review of the district court's docket sheet reveals that subsequent to the filing of the mandamus petition in this court, the district court entered an order granting in part and denying in part the Government's motion for summary judgment, granting in part Gordon's § 2255 motion, and dismissing all other outstanding motions as moot. See United States v. Gordon, Nos. CR-99-24; CA-01-337 (W.D.N.C. Aug. 12, 2003). Accordingly, because the district court has recently decided Gordon's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED